## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**CHANTIMEKKI FORTSON,**
**individually and as the Personal**
**Representative of the Estate of Roger**
**Fortson,**

      **Plaintiff,**

**v.**                            **Case No.: 3:25-cv-00591-TKW-ZCB**

**SHERIFF ERIC ADEN, in his official**
**capacity; DEPUTY EDDIE DURAN,**
**in his individual capacity;**
**CHEZ ELAN FL PROPERTY, LLC,**
**a Delaware business entity; and**
**JANE DOE,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as co-counsel of record for Defendant **ERIC ADEN, in his official capacity as Sheriff of the Okaloosa County Sheriff's Office**, in the above-styled matter. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as co-counsel of record at the address listed below.

Dated this 16th day of July 2025.

Respectfully submitted,

*/s/ Christen A. Petruzzelli*
**CHRISTEN ANN PETRUZZELLI**
Florida Bar Number: 1039528
Email: cpetruzzelli@sniffenlaw.com
**MICHAEL P. SPELLMAN**
Florida Bar No. 937975
E-mail: mspellman@sniffenlaw.com
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant Sheriff Aden*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 16th day of July 2025, a true and correct copy of the foregoing was electronically filed in the US District Court, Northern District of Florida, using the CM/ECF system.

*/s/ Christen A. Petruzzelli*
**CHRISTEN ANN PETRUZZELLI**