IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the Personal
Representative of the Estate of Roger
Fortson,

    Plaintiff,                                      CASE NO.: 3:25-cv-00591-TKW-ZCB

v.

SHERIFF ERIC ADEN, in his official
capacity; DEPUTY EDDIE DURAN,
in his individual capacity;
CHEZ ELAN FL PROPERTY, LLC,
a Delaware business entity; and
JANE DOE,

    Defendants.
_____/

## **DEFENDANT, CHEZ ELAN FL PROPERTY, LLC'S NOTICE OF APPEARANCE**

Jami L. Gursky, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of her appearance on behalf of Defendant, CHEZ ELAN FL PROPERTY, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

CASE NO.: 3:25-cv-00591-TKW-ZCB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 22nd day of July 2025, a true and correct copy of the foregoing was filed in the US District Court, Northern District of Florida, using the CM/ECF system.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants CHEZ ELAN FL PROPERTY LLC,*
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone 954-703-3756
Facsimile 954-703-3701
Primary e-mail: jami.gursky@csklegal.com
Secondary e-mail: alina.gonzalez@csklegal.com

By: */s/ Jami L. Gursky*
JAMI L. GURSKY
Florida Bar No.: 572926

4200.0527-00