IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHANTIMEKKI FORTSON, individually and as the personal representative of the Estate of Roger Fortson,<br><br>　　PLAINTIFF,<br><br>v.<br><br>SHERIFF ERIC ADEN, in his official capacity;<br>DEPUTY EDDIE DURAN, in his individual capacity;<br>CHEZ ELAN FL PROPERTY, LLC, a Delaware business entity; and<br>JANE DOE,<br><br>　　DEFENDANTS. | Case No.: 3:25-cv-0591-TKW-ZCB<br><br>Judge Wetherell<br><br>Magistrate Judge Bolitho |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CHEZ ELAN MOTION TO DISMISS (ECF No. 14)**

Plaintiff, by and through undersigned Counsel, hereby files her Unopposed Motion for an Extension of time to respond to Defendant Chez Elan's Motion to Dismiss Counts IV and V. [ECF No.14]. Plaintiff respectfully requests a seven (7) day extension, whereby Plaintiff would have until August 4, 2025 to respond. In support of this Motion, Plaintiff states the following:

1. On July 14, 2025, Defendant Chez Elan filed their Motion to Dismiss Counts IV and V with prejudice.

1

2. The extension of time is necessary as Plaintiff is still in the process of reviewing and investigating the arguments asserted in Chez Elan's Motion to Dismiss.

3. Plaintiff has met and conferred with Counsel for Chez Elan, who does not oppose the extension of time to respond, if granted by the Court.

4. Moreover, no party will be prejudiced by the relief requested in this Motion and the Motion is not filed for the purposes of delay.

WHEREFORE, Plaintiff respectfully request the Court to enter an Order granting the extension of time for Plaintiff to respond to Chez Elan's Motion to Dismiss Counts IV and V of Plaintiff's Complaint, up to August 4, 2025.

DATED: July 28, 2025.

        Respectfully submitted,

/s/ Chelsie L. Green
Chelsie L. Green (Fla. Bar No. 1008278)
William F. Cash III (Fla. Bar No. 68443)
Brian H. Barr (Fla. Bar No. 493041)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000
Email: cgreen@levinlaw.com

/s/ Natalie Jackson
Natalie Jackson (Fla. Bar No. 646075)
**BEN CRUMP LAW, PLLC**
121 South Orange Ave.
Suite 1500
Orlando, FL 32801
Telephone: (407) 749-9702
Email: natalie@bencrump.com

*Counsel for Plaintiff*

## CERTIFICATION UNDER LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1, I hereby certify that Chelsie L. Green, counsel for Plaintiff has conferred with Counsel for Defendant Chez Elan regarding the relief requested herein. They do not oppose the requested extension of time to Respond to Chez Elan's Motion to Dismiss Counts IV and V with prejudice.

DATED: July 28, 2025.

/s/ Chelsie L. Green