# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CHANTIMEKKI FORTSON**, individually and as the personal representative of the Estate of Roger Fortson,

    **Plaintiff**,

v.                                    Case No. 3:25cv591-TKW-ZCB

**SHERIFF ERIC ADEN**, in his official capacity, **et al.**,

    **Defendants**.

_____/

## ORDER

Plaintiff filed an unopposed motion for extension of time to respond to Defendant Chez Elan's motion to dismiss (Doc. 20), but then timely filed its response. *See* Doc. 22. Thus, the motion for extension of time is moot.

Accordingly, it is **ORDERED** that the Clerk shall terminate Plaintiff's motion for extension of time without action.

**DONE and ORDERED** this 29th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**