







**Upset Vet**
FOR: ELAN APARTMENTS BY ARIUM

Upset Vet — May 12, 2024 11:43 AM

I hope you fire your office staff who led to the death of SrA Fortman. Did your staff lie to the police because he was black? Or was the reason because he was a member of the Uniformed Services, and you are unpatriotic?

What is the going rate for a month's rent for a dead Airman's apartment?

Is that the tactic you use when you "evict" people? Lie to the cops and have them shoot military and blacks?

Received via Website

Thank you for your interest in Elan Apartments by ARIUM! — Auto-generated on: May 12, 2024 11:43 AM

Hi Upset,

Thank you for your interest in Elan Apartments by ARIUM! We're excited to help you get to know our community better. If you're ready to come visit us, schedule your tour today here.

If you have additional questions we can help answer, give us a call at (850) 750-

