IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON, individually
and as Personal Representative of
the Estate of Roger Fortson,                                    Case No. 3:25-cv-00591-TKW-ZCB

     PLAINTIFF,

v.

SHERIFF ERIC ADEN, in his official capacity;
DEPUTY EDDIE DURAN, in his individual capacity;
CHEZ ELAN FL PROPERTY, LLC,
a Delaware business entity; and JANE DOE,

     DEFENDANTS.
_____/

## **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, Chantimekki Fortson, respectfully submits the following supplemental authority in opposition to Defendant Chez Elan FL Property, LLC's Motion to Dismiss (ECF No. 14), particularly on the issue of proximate causation:

In *Ruiz v. Tenet Hialeah Health Sys.,* 260 So. 3d 977 (Fla. 2018), the Florida Supreme Court reaffirmed that a defendant's conduct need not be the exclusive or even the primary cause of an injury to constitute proximate cause, it is sufficient if the conduct was a substantial factor in bringing about the harm:

> *"The law does not require an act to be the exclusive or even the primary cause of an injury in order to constitute a proximate cause; it need only be a substantial cause of the injury." Id. at 982.*

1

The Court also cited *Sardell v. Malanio*, 202 So. 2d 746 (Fla. 1967), to emphasize that a defendant who sets in motion a foreseeable chain of events may still be liable even if a third party physically causes the harm. *Ruiz* thus supports Plaintiff's argument that Jane Doe's false and reckless report to law enforcement was a substantial contributing cause of Roger Fortson's death, and that the independent actions of Deputy Duran do not negate causation as a matter of law.

## LOCAL RULE 7.1(J) CERTIFICATION

Pursuant to Local Rule 7.1(J), the undersigned certifies that this Notice of Supplemental Authority does not exceed 350 words combined.

Dated: August 5, 2025.

/s/ Natalie Jackson
Natalie Jackson (Fla. Bar No. 646075)
BEN CRUMP LAW, PLLC
121 South Orange Ave., Suite 1500
Orlando, FL 32801
Tel: (407) 749-9702
Email: natalie@bencrump.com
Counsel for Plaintiff