UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHANTIMEKKI FORTSON, individually and as the personal representative of the Estate of Roger Fortson,<br><br>   Plaintiff,<br><br>   v.<br><br>SHERIFF ERIC ADEN, *et al.*,<br><br>   Defendants. | No. 3:25-cv-591-TKW-ZCB<br><br>Judge Wetherell<br><br>Magistrate Judge Bolitho |

**MOTION TO APPEAR PRO HAC VICE**

I, Benjamin Berkman, hereby move this Court for an Order Granting Admission to Appear Pro Hac Vice to represent Plaintiff, Chantimekki Fortson, in the above-captioned matter. I certify that I reside outside the boundaries of the Northern District of Florida, and I am not admitted to the Bar of this court, nor have I previously moved to appear pro hac vice in this district.

I am a member in good standing in the states of Illinois (where I reside and where I regularly practice law) and New York, and the United States District Courts for the: (a) the Northern District of Illinois; and (b) the District of North Dakota. I certify that I am a member of good standing in all bars of which I am a member. I understand that if this Court grants me admission pro hac vice, I must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I must register to receive CM/ECF filings. In accordance with the Local Rules, I successfully completed the Attorney Admission Tutorial on September 2, 2025. My confirmation number is FLND17568681423342.

In support of this Motion to Appear Pro Hac Vice, attached hereto and incorporated by reference herein as "Exhibit A" is a true and correct copy of a Certificate of Good Standing from

1

the State Bar of Illinois for proposed admittee Benjamin Berkman.  Based on the foregoing, I respectfully request that this Motion to Appear Pro Hac Vice be granted.

Date: September 4, 2025                                         Respectfully submitted,

By: */s/ Benjamin Berkman*

**ROMANUCCI & BLANDIN, LLC**
Benjamin Berkman (IL Bar # 6329445)
321 N. Clark St., Suite 900
Chicago, IL  60654
Tel.: 312.253.1000
Fax: 312.458.1004
Email: bberkman@rblaw.net

*Counsel for Plaintiff Chantimekki Fortson*