UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHANTIMEKKI FORTSON**, individually and as the personal representative of the Estate of Roger Fortson,

    **Plaintiff**,

v.   Case No. 3:25cv591-TKW-ZCB

**SHERIFF ERIC ADEN, et al.**,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Benjamin Berkman (Doc. 33). The Court finds based on the motion and supporting documentation that Mr. Berkman meets the requirements in Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Benjamin Berkman is authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 5th day of September, 2025.

                                                        */s/ T. Kent Wetherell, II*

                                          **T. KENT WETHERELL, II**
                                          **UNITED STATES DISTRICT JUDGE**