UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

    Plaintiff,

v.                                       Case No. 3:25-cv-0591

SHERIFF ERIC ADEN, in his official
capacity, and DEPUTY EDDIE DURAN,
in his individual capacity,

    Defendants.
_____/

## DEFENDANT DURAN'S STATUS UPDATE TO COURT

Pursuant to this Court's Order Granting Partial Stay [Doc.11], Defendant EDDIE DURAN reports as follows on the status of his criminal case in the First Judicial Circuit, In and for Okaloosa County, *State v. Duran,* Case No. 2024 CF 002000:

    1.    From a review of the docket and discussions with defense counsel in the criminal proceeding, Case No. 2024 CF 002000 is scheduled for pretrial conference on December 8, 2025, after which a Stand Your Ground hearing will be set and held. No trial date is scheduled at this time.

2. The State has not yet engaged its expert witnesses and is waiting until it deposes the defense experts before doing so. Depositions of the defense experts have not been scheduled at this time.

3. Mr. Duran will provide another update in 30 days as directed by this Court. [Doc.11].

Respectfully submitted this 9th day of October 2025.

*Gwendolyn P. Adkins*

Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT EDDIE DURAN

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*Gwendolyn P. Adkins*
Attorney