UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHANTIMEKKI FORTSON**, individually and as the personal representative of the Estate of Roger Fortson,

    **Plaintiff**,

v.                                    Case No. 3:25cv591-TKW-ZCB

**SHERIFF ERIC ADEN**, et al.,

    **Defendants**.

_____/

## ORDER

Based on the information provided in Defendant Duran's status report (Doc. 35), it is **ORDERED** that Defendant Duran's next status report need not be filed until 90 days from the date of this Order unless there are any material developments in his criminal case before then.

**DONE and ORDERED** this 10th day of October, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**