UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHANTIMEKKI FORTSON, individually and as the personal representative of the Estate of Roger Fortson,<br><br>   Plaintiff,<br><br>   v.<br><br>SHERIFF ERIC ADEN, *et al.*,<br><br>   Defendants. | No. 3:25-cv-591-TKW-ZCB<br><br>Judge Wetherell<br><br>Magistrate Judge Bolitho |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT JANE DOE'S MOTION TO DISMISS

On December 1, 2025, Defendant Jane Doe filed a motion to dismiss and for other relief in this matter. ECF No. 38. Jane Doe's motion largely mirrors the earlier motion to dismiss filed by Chez Elan, which the Court granted. *See* ECF No. 14, 30. Jane Doe's motion also makes certain requests regarding Jane Doe's confidentiality and anonymity in this litigation. ECF No. 38 at 2. Plaintiff's current deadline to respond to the motion is December 15, 2025.

Plaintiff now seeks an extension of the deadline to respond to Jane Doe's motion until January 12, 2026. Counsel for Plaintiff and Jane Doe are presently working in good faith to determine if they can come to an agreement on a joint submission—which could obviate the need for further adversarial briefing on the motion—regarding the claims against Jane Doe and the confidentiality and anonymity requests made in her motion. Plaintiff requests additional time to pursue a potential joint submission that could preserve the resources of the parties and the Court and, in the event the parties are unable to come to an agreement, to

1

prepare a response to Jane Doe's motion. Plaintiff requests an extended response date of January 12, 2026 in light of the forthcoming holidays. Plaintiff has conferred with counsel for defendant Jane Doe, who indicated that he does not oppose this motion.

Accordingly, Plaintiff requests an extension of the deadline to respond to Jane Doe's motion to dismiss and for other relief, ECF No. 38, until January 12, 2026.

### Certificate of Compliance with Local Rule 7.1(B)

On December 10, 2025, the undersigned counsel telephonically conferred with counsel for Defendant Jane Doe regarding this motion. Counsel for Defendant Jane Doe does not oppose this motion.

Dated: December 10, 2025                                          Respectfully Submitted,

*/s/ Benjamin Berkman*

*Attorney for Plaintiff*

| | |
|---|---|
| Brian H. Barr<br>bbarr@levinlaw.com<br>William F. Cash III<br>bcash@levinlaw.com<br>Chelsie L. Green<br>cgreen@levinlaw.com<br>**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Telephone: (850) 435-7000<br><br>*Attorneys for Plaintiff* | Natalie Jackson<br>natalie@bencrump.com<br>**BEN CRUMP LAW, PLLC**<br>121 South Orange Ave.<br>Suite 1500<br>Orlando, FL 32801<br>Telephone: (407) 749-9702<br><br>Benjamin Berkman<br>bberkman@rblaw.net<br>**ROMANUCCI & BLANDIN, LLC**<br>321 N. Clark St., Suite 900<br>Chicago, IL 60654<br>Telephone: (312) 253-1000 |