UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHANTIMEKKI FORTSON**, individually and as the personal representative of the Estate of Roger Fortson,

    **Plaintiff**,

v.    Case No. 3:25cv591-TKW-ZCB

**SHERIFF ERIC ADEN**, et al.,

    **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Plaintiff's unopposed motion for extension of time (Doc. 39), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff has until January 12, 2026, to respond to Defendant Doe's motion to dismiss.

**DONE and ORDERED** this 11th day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**