UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

    Plaintiff,

v.   Case No. 3:25-cv-0591

SHERIFF ERIC ADEN, in his official
capacity, and DEPUTY EDDIE DURAN,
in his individual capacity,

    Defendants.
_____/

## DEFENDANT DURAN'S STATUS UPDATE TO COURT

Pursuant to Order of the Court [Docs.11, 36], Defendant EDDIE DURAN reports as follows on the status of his criminal case in the First Judicial Circuit, In and for Okaloosa County, *State v. Duran,* Case No. 2024 CF 002000:

1. Case No. 2024 CF 002000 is scheduled for pretrial conference on February 9, 2026. No trial date is scheduled at this time.

2. The State has not yet engaged its expert witnesses and is waiting until it deposes the defense experts before doing so. Depositions of the defense experts remain unscheduled at this time.

3. Mr. Duran will provide another update to the court in 30 days [Doc.11] or in 90 days [Doc.36] as the Court directs.

Respectfully submitted this <u>7th</u> day of January 2026.

*Gwendolyn P. Adkins*



Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
jclark@coppinsmonroe.com
lpreston@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT EDDIE DURAN

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*Gwendolyn P. Adkins*
Attorney