UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHANTIMEKKI FORTSON**, individually and as the personal representative of the Estate of Roger Fortson,

    **Plaintiff**,

v.                              Case No. 3:25cv591-TKW-ZCB

**SHERIFF ERIC ADEN**, et al.,

    **Defendants**.

_____/

## ORDER

Upon due consideration of Defendant Duran's status report (Doc. 41), it is **ORDERED** that the claims against Defendant Duran remain stayed and he shall file status reports every 90 days until his criminal case is resolved.

**DONE and ORDERED** this 8th day of January, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**