UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHANTIMEKKI FORTSON**,
individually and as the Personal
Representative of the Estate of Roger
Fortson,

    **Plaintiff**,

v.                                                Case No. 3:25cv591-TKW-ZCB

**SHERIFF ERIC ADEN**, in his
official capacity, **et al.**,

    **Defendants**.
_____/

**ORDER DISMISSING CLAIMS AGAINST
DEFENDANT DOE AND PROTECTING HER ANONYMITY**

Upon due consideration of Defendant Doe's motion to dismiss, etc. (Doc. 38) and the parties' joint submission regarding the claims against Doe (Doc. 43), it is **ORDERED** that the motion is **GRANTED**, and

1. The claims against Doe in Counts 4 and 5 of the complaint are **DISMISSED with prejudice** for the reasons stated in the order dismissing the claims against Defendant Chez Elan.  *See* Doc. 30.

2. Doe may proceed anonymously in this case.

3. Doe's identity shall not be publicly disclosed, and filings with her real name shall be redacted or filed under seal.

4. Upon proper motion, the Court will consider additional protections for Doe if she is subjected to harassment of any kind and the Court may impose appropriate sanctions (up to and including dismissal) if the parties or their attorneys are involved in and/or instigate that harassment in any way.

**DONE and ORDERED** this 9th day of January, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**