UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHANTIMEKKI FORTSON,**
**individually and as the Personal**
**Representative of the Estate of Roger**
**Fortson,**

    **Plaintiff,**

v.                                                                Case No.: 3:25-cv-00591-TKW-ZCB

**SHERIFF ERIC ADEN, et al.,**

    **Defendants.**
_____/

**NOTICE OF CHANGE OF ADDRESS, EMAIL, AND LAW FIRM NAME**

PLEASE TAKE NOTICE that the undersigned, Michael P. Spellman, hereby notifies the Court of his change of address, email, and law firm. The undersigned can be contacted at the following:

    Michael P. Spellman
    Spellman Law, P.A.
    905 East Park Avenue
    Tallahassee, FL 32301
    michael@spellman.law

All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed above.

Dated this 9th day of January 2026.

Respectfully submitted,

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**
Florida Bar No. 937975
Email: michael@spellman.law

**SPELLMAN LAW, P.A.**
905 East Park Avenue
Tallahassee, FL 32301
T: (850) 601-1983

*Attorney for Defendant Sheriff Aden*

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of January 2026, a true and correct copy of the foregoing was electronically filed in the US District Court, Northern District of Florida, using the CM/ECF system.

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**