IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON, individually
and as Personal Representative of
the Estate of Roger Fortson,

           PLAINTIFF,

vs.

SHERIFF ERIC ADEN, in his official
capacity; DEPUTY EDDIE DURAN,
in his individual capacity,

           DEFENDANTS.

_____

Case No: 3:25-cv-00591-TKW-ZCB
Judge Wetherell
Magistrate Judge Bolitho

## **AFFIDAVIT OF CHEZ ELAN**

I, FRANCES RABIAS, being of legal age, hereby depose and state as follows:

1. I am over the age of eighteen (18), competent to make this Affidavit and make this Affidavit based upon Chez Elan's authorization, my personal knowledge, involvement and knowledge as general counsel to Beitel Inc., discussions with Chez Elan, and/or business records (or lack thereof) maintained by Chez Elan FL Property, LLC ("Chez Elan").

2. This Affidavit is submitted in support of Chez Elan's Motion to Quash, Motion for Protective Order, and for all other purposes permitted by law.

3. Chez Elan FL Property LLC is a Delaware-based company that owns the Elan Apartments, a residential apartment complex in Fort Walton, Florida ("the Premises).

4. There are 267 apartments on the premises, as depicted in the attached diagram, which has not changed since May 3, 2023.  (Layout attached as Exhibit "A").

5. On May 3, 2024, The RMR Group, a third party property management company, oversaw and conducted the day-to-day operations of the premises, located at 319 Racetrack Road NW, Fort Walton Beach, Florida ("the Premises"). These duties included staffing the leasing office, training and supervising staff and agents, and handling tenant communications, maintenance, record keeping, or routine community management functions.

6. Chez Elan did not have any on-site employees, including "Jane Doe," the leasing office who reportedly called 911, before May 3, 2024.

7. Chez Elan did not hire, train, or supervise Jane Doe, or anyone working onsite.

8. Chez Elan did not have any interactions with Roger Fortson.

9. Chez Elan did not have any interactions with, as per Plaintiff's Notice of Deposition, topic 11, "the tenant, C.S., who called 911 and/or notified Jane Doe of the disturbance and the litigation."

10. Chez Elan did not have any communication with law enforcement relative to the subject incident or concerning Mr. Fortson.

2

11. Chez Elan does not have firsthand knowledge about the May 3, 2024 shooting, investigation, or the lawsuit.

12. Chez Elan does not possess any documents responsive to the Plaintiff's November 5, 2025 subpoena, other than what was produced or itemized in Chez Elan's December 1, 2025 response, attached as Exhibit "B."

FURTHER AFFIANT SAITH NAUGHT.

CASE NO.: *3:25-cv-00591-TKW-ZCB*

## <u>VERIFICATION</u>

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true, to the best of my knowledge and belief.

*Frances Rabias*

By: FRANCES RABIAS o/b/o Chez Elan FL LLC, a Delaware Group

STATE OF FLORIDA          )
                          ) §§
COUNTY OF LEE             )

The foregoing instrument was acknowledged before me, by means of ☐ physical presence or ☒ online notarization, this _____04/06/2026_____, by Frances Rabias who is personally known to me or who has produced _____NY Drivers License_____ as identification and who took an oath before executing this Affidavit in my online presence.

_____
Notary Public – State of Florida

Printed Name: Merida L. McDonald

My Commission Expires: 10/02/2028

MERIDA MCDONALD
Notary Public-State of Florida
Commission No. HH 598997
My Commission Expires Oct 2, 2028

Notarial Act Performed by Audio visual communication

4