IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the Personal
Representative of the Estate of Roger
Fortson,

     Plaintiff,                                  CASE NO.: 3:25-cv-00591-TKW-ZCB

v.

SHERIFF ERIC ADEN, in his official
capacity; DEPUTY EDDIE DURAN,
in his individual capacity;

     Defendants.

_____/

**NONPARTY, CHEZ ELAN FL PROPERTY, LLC'S
NOTICE OF FILING EXHIBIT TO MOTION TO QUASH
AND FOR PROTECTIVE ORDER THAT WAS NOT
FILED DUE TO CM/ECF PORTAL ERROR**

COMES NOW, Nonparty, CHEZ ELAN FL PROPERTY, LLC, by and through undersigned counsel, a Delaware business entity (hereinafter "Chez"), hereby gives notice that on April 6, 2026, counsel attempted to file Exhibit 3 to its Motion to Quash and Motion for Protective Order (ECF No. 47), via the CM/ECF system for the Northern District of Florida.

Due to a CM/ECF system error, the exhibit did not upload successfully and was not accepted, despite reasonable efforts to complete the filing. The exhibit is

CASE NO.: 3:25-cv-00591-TKW-ZCB

now filed contemporaneously with this Notice under a separate docket entry herewith. (Ex. 3, ECF No. 47).

This Notice is filed solely to correct the record. The omission of the exhibit was inadvertent, and the filing of the attached exhibit does not alter or modify the arguments or relief requested in ECF No. 47. This Notice is submitted solely to ensure a complete and accurate record. No substantive relief is requested.

Dated: April 7, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 7th day of April 2026, a true and correct copy of the foregoing was filed in the US District Court, Northern District of Florida, using the CM/ECF system.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Nonparty CHEZ ELAN FL PROPERTY LLC,*
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone 954-703-3756
Facsimile 954-703-3701
Primary e-mail:  jami.gursky@csklegal.com
Secondary e-mail:  alina.gonzalez@csklegal.com

By:     */s/ Jami L. Gursky*
         JAMI L. GURSKY
         Florida Bar No.: 572926