From: Alina Gonzalez
Sent: Monday, December 1, 2025 9:10 PM
To: BBerkman@rblaw.net; bcash@levinlaw.com; cgreen@levinlaw.com; Natalie Jackson <natalie@bencrump.com>; Brian Barr <bbarr@levinlaw.com>; J. Andrew Talbert <atalbert@qpwblaw.com>
Cc: Jami L. Gursky <Jami.Gursky@csklegal.com>
Subject: Fortson v. Sheriff Aden et. al 3:25-cv-00591 - Response to Subpoena to Chez Elan (Claim No. SF-USCC29840924 CSK File: 4200.0527-00)

Good evening, All,

Pursuant to Plaintiff's attached subpoena and discussions with counsel limiting the scope to documents that pertain to the incident itself (rather than those discussing responses to media, tenants, and third parties), please find the link containing nonprivileged materials.

Fortson - Response Subpoena to Chez Elan    Only.the.recipients.of.this.email.will.have.access.to.the.link¡.If.anyone.else.from.your.office.requires.access?please.let.me.know.so.I.can.grant.it¡

The following documents are withheld pursuant to the work product privilege:

    Φ0B7    1-page typed statement from Doe

    Φ0B7    1-page typed statement from Mark Ellison

    Φ0B7    3-page typed incident report created by Betty Simpson

Please let me know if you have any questions, or if you would like to discuss.

Sincerely,

Jami

Jami L. Gursky

Partner

110 Tower
110 S.E. 6th Street, Suite 2700

Fort Lauderdale, Florida 33301

Tel: 954-703-3756 | Fax: 954-703-3701

Email: Jami.Gursky@csklegal.com

