UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of
Roger Fortson,

     Plaintiff,

v.                           Case No.: 3:25cv591/TKW/ZCB

SHERIFF ERIC ADEN, et al.,

     Defendants.
_____/

## ORDER

On April 6, 2026, nonparty Chez Elan FL Property, LLC ("Chez")
filed a motion seeking various forms of relief related to Plaintiff's Third
Amended Subpoena. (Doc. 47). Chez's counsel certifies she conferred
with Plaintiff's counsel, but the two sides could not reach an agreement.
(*Id.* at 21). Although it appears the parties have previously conferred
before the motion was filed, the Court has found that telephonic or in
person conversations between counsel after a motion has been filed often
results in a resolution (or at least the narrowing) of the dispute.

1

The Court, therefore, **ORDERS** counsel for the parties to confer telephonically, by videoconference, or in person regarding the issues raised in Nonparty Chez's Motion. (Doc. 47). That conference shall occur **on or before Tuesday, April 14, 2026.** During that conference, the Court expects the parties to endeavor in good faith to resolve the issues raised in the motion. If counsel resolve the issues raised in the motion, then they should file a joint status report advising the Court that the matter has been resolved.[1]

If the parties are unable to resolve the matter after having a conference, then Plaintiff should file a response to the motion **on or before Tuesday, April 21, 2026.** Plaintiff's response should include the date that the in person, videoconference, or telephonic conference occurred, as well as the duration of the conference.

If the parties are unable to resolve the issues raised in the motion, counsel should expect that a hearing may be scheduled shortly after Plaintiff's response is filed.

---

[1] The parties must file a status report to inform the Court if the motion or any issues raised therein are resolved before Plaintiff's response is due. Failure to file a status report or a response in opposition by the deadline may lead to the motion being granted by default. N.D. Fla. Loc. R. 7.1(H).

It is so **ORDERED**.  This 7th day of April 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge