UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

     Plaintiff,

v.                                                                  Case No. 3:25-cv-591-TKW-ZCB

SHERIFF ERIC ADEN, et al.,

     Defendants.

_____/

## DEFENDANT DURAN'S AMENDED STATUS UPDATE TO COURT

This update amends Defendant EDDIE DURAN's Status Report of April 8, 2026 [Doc.50], regarding the status of his criminal case in the First Judicial Circuit, In and for Okaloosa County, *State v. Duran,* Case No. 2024 CF 002000:

1.     Case No. 2024 CF 002000 is scheduled for pretrial conference on May 11, 2026.

2.     The case is scheduled for hearing on a defense motion on August 3, 2026. An appeal of the ruling is anticipated which may affect the trial schedule.

3.     Trial is scheduled for the week of September 28, 2026.

4.     Depositions are continuing.

5.      Mr. Duran will provide another update by July 7, 2026, in accordance with this Court's Order [Doc.42].

Respectfully submitted this <u>10th</u> day of April 2026.



*Gwendolyn P. Adkins*

Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
mcampbell@coppinsmonroe.com
lpreston@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT EDDIE DURAN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*Gwendolyn P. Adkins*

Attorney

2