UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

    Plaintiff,

       *v.*

SHERIFF ERIC ADEN*, et al.*,

    Defendants.

No. 3:25-cv-591-TKW-ZCB

Judge Wetherell

Magistrate Judge Bolitho

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sara T. Papantonio hereby enters her appearance on behalf of Plaintiff Chantimekki Fortson, individually and as the personal representative of the Estate of Roger Fortson, in the above-captioned case.

Dated: April 16, 2026

Respectfully submitted,

 /s/ *Sara T. Papantonio*
Sara T. Papantonio (Fla. Bar No. 1024826)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7040
Fax: (850) 436-6040
Email: spapantonio@levinlaw.com

*Attorney for Plaintiff*

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2026, the foregoing *Notice of Appearance*, was electronically filed using the CM/ECF system which will send notification of such filing to all registered counsel of record.

/s/ *Sara T. Papantonio*
Sara T. Papantonio