IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

      PLAINTIFF,

v.

SHERIFF ERIC ADEN, et al.,

      DEFENDANTS.

Case No.: 3:25-cv-0591-TKW-ZCB

Judge Wetherell

Magistrate Judge Bolitho

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CHEZ ELAN MOTION TO QUASH (ECF No. 47)**

Plaintiff, by and through undersigned Counsel, hereby files her Unopposed Motion for an Extension of time to respond to Chez Elan's Motion to Quash. [ECF No.47]. Plaintiff respectfully requests a seven (7) day extension, whereby Plaintiff would have until April 28, 2026, to respond. In support of this Motion, Plaintiff states the following:

1. On April 6, 2026, Chez Elan filed their Motion to Quash and Protective Order.

2. Per the Court's order, Plaintiff and Chez Elan conducted a meet and confer call on April 10, 2026.  Plaintiff now seeks an extension of time to respond

1

to the motion to quash so that Plaintiff and Chez Elan can consider a course of action that may obviate the need for immediate court intervention.

3.  Plaintiff has met and conferred with Counsel for Chez Elan, who does not oppose the extension of time to respond, if granted by the Court.

4.  Moreover, no party will be prejudiced by the relief requested in this Motion and the Motion is not filed for the purposes of delay.

WHEREFORE, Plaintiff respectfully requests the Court to enter an Order granting the extension of time for Plaintiff to respond to Chez Elan's Motion, up to April 28, 2026.

## CERTIFICATION UNDER LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1, I hereby certify that Chelsie L. Green, counsel for Plaintiff has conferred with Counsel for Chez Elan regarding the relief requested herein. They do not oppose the requested extension of time to Respond to Chez Elan's Motion to Quash.

DATED: April 21, 2026.

Respectfully submitted,

/s/ *Chelsie L. Green*
Brian H. Barr (Fla. Bar No. 493041)
William F. Cash III (Fla. Bar No. 68443)
Chelsie L. Green (Fla. Bar No. 1008278)

2

Sara T. Papantonio (Fla. Bar No. 1024826)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000
Email: cgreen@levinlaw.com

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-1000
Fax: (312)458-1004
Email: bberkman@rblaw.net

*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2026, the foregoing *Motion for Extension of Time*, was electronically filed using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

/s/ *Chelsie L. Green*
Chelsie L. Green