UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON

v.                                                  Case No.: 3:25cv591/TKW/ZCB

SHERIFF ERIC ADEN, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on  April 21, 2026
Type of Motion/Pleading: Motion for Extension
Filed by:  Plaintiff                    on 4/21/2026    Doc.        53

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 21st day of April 2026:

Plaintiff moves for a 7-day extension to respond to nonparty Chez Elan Property's motion seeking various relief regarding Plaintiff's third amended subpoena (Doc. 47). (Doc. 53). Chez Elan does not oppose the extension. (*Id.* at 2). For good cause shown, Plaintiff's motion (Doc. 53) is **GRANTED,** and its response is **due on or before April 28, 2026**. If the issues raised in the motion are resolved prior to this deadline, the parties should file a status report advising the Court as such. (*See* Doc. 49 at 2 n.1).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1