UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

 Plaintiff,

   v.

SHERIFF ERIC ADEN, *et al.*,

 Defendants.

No. 3:25-cv-591-TKW-ZCB

Judge Wetherell

Magistrate Judge Bolitho

## UNOPPOSED MOTION TO HOLD CHEZ ELAN FL PROPERTY LLC'S MOTION TO QUASH IN ABEYANCE

Plaintiff files this unopposed motion to hold Chez Elan FL Property LLC's ("Chez") motion to quash (Doc. 47) in abeyance, pending Plaintiff's efforts to obtain the information sought by Plaintiff's subpoena for Federal Rule of Civil Procedure 30(b)(6) testimony from other parties.

This case concerns the shooting of decedent Roger Fortson by Okaloosa County Sheriff's Deputy Eddie Duran on May 3, 2024. The shooting took place at the Chez Elan apartment complex in Fort Walton Beach. The apartment complex is owned by Chez, the recipient of the subpoena at issue. The Court ordered the parties to conduct an additional meet and confer regarding the motion to quash and to report the means through which the meet and confer occurred and the length of the conferral. Doc. 49. Prior to the meet and confer, Plaintiff agreed to further narrow the subpoena and identified six topics on which Plaintiff continued to seek

1

a corporate deposition from Chez.[1]  The parties conducted a video meet and confer on April 10, 2026.  The meet and confer lasted approximately forty-two (42) minutes.

In the motion to quash and during the meet and confer, Chez maintained that the nonparty deposition was improper for the reasons stated in its Motion to Quash and for Protective Order.  Plaintiff maintained that a deposition of Chez on the topics at issue was appropriate and tailored to lead to admissible evidence regarding Plaintiff's claims.  On the call, the parties were unable to come to an agreement that Chez would provide testimony on the six topics, though Chez did subsequently produce documents responsive to one of the topics (topic six) on which Plaintiff sought testimony. While the parties were unable to come to an agreement that Chez would designate witnesses for deposition, Plaintiff is willing to hold off on seeking execution of its subpoena until after it seeks the same information from other sources contemplated during the meet and confer call. Accordingly, Chez does not object to Plaintiff's request to hold Chez's motion to quash in abeyance to enable Plaintiff to seek information on the topics from alternative sources.  Indeed, the instant dispute may narrow or become moot if Plaintiff is able to separately obtain the information it seeks.

---

[1] Plaintiff has proposed the following revised topics:

1. "Tenant complaints and reports of disturbances concerning Roger Fortson and Mr. Fortson's neighboring apartments during the period of Mr. Fortson's tenancy.
2. The identity of Jane Doe's employer and the relationship between Jane Doe's employer and You beginning from start date of Jane Doe's employment through date of the Incident.
3. Any interactions prior to the incident between apartment complex staff and OCSO related to Roger Fortson or other tenants in Roger Fortson's building during Mr. Fortson's tenancy.
4. The events leading up to the incident, including the tenant complaint and any response thereto by staff at the apartment complex, the 911 calls, and any interactions between apartment complex staff and agents of OCSO.
5. Any response or investigation into the incident, including any witness statements or evidence gathered relating to the incident.
6. Layout of the apartment complex and Mr. Fortson's building."

Dated: April 25, 2026

/s/ *Benjamin Berkman*

Brian H. Barr (Fla. Bar No. 493041)
William F. Cash III (Fla. Bar No. 68443)
Chelsie L. Green (Fla. Bar No. 1008278)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000
Email: cgreen@levinlaw.com

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-1000
Fax: (312)458-1004

Natalie Jackson (Fla. Bar No. 646075)
**BEN CRUMP LAW, PLLC**
121 South Orange Ave.
Suite 1500
Orlando, FL 32801
Telephone: (407) 749-9702
Email: natalie@bencrump.com

*Counsel for Plaintiff*

3

## **CERTIFICATION UNDER LOCAL RULE 7.1(B)**

Pursuant to Local Rule 7.1, I hereby certify that counsel for Plaintiff has conferred with Counsel for Chez Elan regarding the relief requested herein. They do not oppose the requested relief.

/s/ *Benjamin Berkman*

4