UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
    Plaintiff,

v.                             Case No.: 3:25cv591/TKW/ZCB

SHERIFF ERIC ADEN, et al.,
    Defendants.
_____/

## ORDER

On April 6, 2026, non-party Chez Elan FL Property LLC ("Chez Elan") filed a motion seeking various forms of relief related to Plaintiff's third amended subpoena. (Doc. 47). The Court ordered counsel for parties to confer on the motion. (Doc. 49). After conferring, Plaintiff now moves to hold Chez Elan's motion in abeyance pending Plaintiff's efforts to obtain the information sought by the subpoena from other sources. (Doc. 55). Chez Elan does not oppose holding the motion in abeyance. (*Id.* at 2, 4). Thus, the Court will hold the motion in abeyance and require the parties to file a status report to update the Court on the status of Chez Elan's motion.

Accordingly, it is **ORDERED** that:

1

1.    Plaintiff's motion to hold in abeyance (Doc. 55) is **GRANTED** to the extent that Plaintiff's deadline to respond to Chez Elan's motion (Doc. 47) is **HELD IN ABEYANCE** until further order so that the parties can continue their efforts to resolve the motion without Court intervention.[1]

2.    Within **thirty days** of the date of this order, Plaintiff and Chez Elan must file a status report advising the Court whether Chez Elan's motion (or any issues therein) (Doc. 47) has been resolved by the parties.

It is so **ORDERED**.  This 27th day of April 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] If the parties are unable to resolve the entirety of Chez Elan's motion through conferral, the Court will provide Plaintiff an opportunity to file a substantive response to the motion.