UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

     Plaintiff,

        *v.*

SHERIFF ERIC ADEN, *et al.*,

     Defendants.

No. 3:25-cv-591-TKW-ZCB

Judge Wetherell

Magistrate Judge Bolitho

**JOINT STATUS REPORT REGARDING THIRD PARTY DISCOVERY**

Pursuant to this Court's Order Docket No. 56, Plaintiff and Chez Elan FL Property, LLC ("Chez Elan") submit this joint status report reflecting the current status of discovery as it relates to Chez Elan's Motion for Protective Order and Motion to Quash Doc 47. On April 6, 2026, Chez Elan filed a Motion seeking various forms of relief. By April 21, 2026, Plaintiff met and conferred with Chez Elan in an attempt to resolve the dispute to no avail. However, information from the meet and confer led Plaintiff to seek discovery from alternate sources. Plaintiff continues to pursue discovery from other sources, specifically the property manager, the RMR Group, identified in Chez Elan's affidavit. Plaintiff served her subpoena to produce documents on the RMR Group on May 11, 2026, via process server with a production date no later than June 5, 2026.

1

2

Plaintiff respectfully requests this Court hold Chez Elan's Motion to Quash in abeyance for an additional thirty days to allow additional time for the RMR Group to respond to Plaintiff's subpoena. Chez Elan has no objection to this request.

2

Respectfully submitted,

/s/ Chelsie L. Green
Brian H. Barr
bbarr@levinlaw.com
William F. Cash III
bcash@levinlaw.com
Chelsie L. Green
cgreen@levinlaw.com
Sara Papantonio
spapantonio@levinlaw.com

**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-8825 Email:
bberkman@rblaw.net

*Attorneys for Plaintiff*

/s/ Jami L. Gursky
Jami Gursky
Jami.gursky@csklegal.com

**COLE, SCOTT, & KISSANE P.A.**
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone: (954)703-3756
Facsimile: (954)703-3701

*Attorney for Chez Elan*

3