UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
    Plaintiff,

v.                          Case No.: 3:25cv591/TKW/ZCB

SHERIFF ERIC ADEN, et al.,
    Defendants.
_____/

**<u>ORDER</u>**

On April 6, 2026, non-party Chez Elan FL Property, LLC ("Chez Elan") filed a motion seeking various forms of relief related to Plaintiff's third amended subpoena. (Doc. 47). The Court ordered counsel for parties to confer on the motion. (Doc. 49). After conferring, Plaintiff moved to hold Chez Elan's motion in abeyance (Doc. 55), and the Court granted that motion (Doc. 56). Plaintiff and Chez Elan now request an additional 30-day abeyance. (Doc. 57). Thus, the Court will hold the motion in abeyance for an additional thirty days and require the parties to file a status report to update the Court on the status of Chez Elan's motion.

Accordingly, it is **ORDERED** that:

1

1.    Plaintiff's request for an additional 30-day abeyance (Doc. 57) is **GRANTED** to the extent that Plaintiff's deadline to respond to Chez Elan's motion (Doc. 47) is **HELD IN ABEYANCE** for an additional thirty days from the date of this order for the parties to continue their efforts to resolve the motion without Court intervention.[1]

2.    Within **thirty days** of the date of this order, Plaintiff and Chez Elan must file a status report advising the Court whether Chez Elan's motion (or any issues therein) (Doc. 47) has been resolved by the parties.

It is so **ORDERED**.  This 29th day of May 2026.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

---

[1] If the parties are unable to resolve the entirety of Chez Elan's motion through conferral, the Court will provide Plaintiff an opportunity to file a substantive response to the motion.

2