IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

     PLAINTIFF,

v.

SHERIFF ERIC ADEN, et al.,

     DEFENDANTS.

Case No.: 3:25-cv-0591-TKW-ZCB

Judge Wetherell

Magistrate Judge Bolitho

## <u>JOINT MOTION TO AMEND SCHEDULING ORDER</u>

The parties (Plaintiff and Defendants Aden and Duran) jointly move the Court to amend the scheduling order in this matter to extend the discovery deadline and downstream deadlines in recognition of the stay of proceedings as to Defendant Duran.  On July 14, 2025, the Court granted in part Defendant Duran's motion for a stay; the Court stayed the case as to Defendant Duran pending completion of his criminal case or further order.  ECF No. 11. The Court subsequently entered a scheduling order identifying a fact discovery deadline of July 31, 2026 and an expert discovery deadline of December 16, 2026.  ECF No. 32.  On April 10, 2026, Defendant Duran reported to the Court that trial on the related criminal case against Defendant Duran is scheduled for the week of September 28, 2026. ECF No. 51.

1

The parties have good cause to amend the scheduling order. Plaintiff and Defendant Aden are making progress in discovery in this matter; written discovery is ongoing, the parties have issued third party subpoenas and received responsive documents, and the parties have taken three depositions, with additional depositions scheduled in the coming weeks. Nonetheless, the parties cannot complete fact discovery with respect to any of the claims in this case without the benefit of being able to conduct discovery into Defendant Duran.  While the claims against Defendant Duran and Defendant Aden are not identical, they are both centered on the May 3, 2024 shooting of Roger Fortson by Defendant Duran. Receipt of information and testimony from Defendant Duran is necessary to the prosecution and defense of all claims in this matter.

Given the September 28, 2026 criminal trial date, it is highly unlikely that the stay as to Defendant Duran will be lifted prior to October 2026, several months after the current fact discovery deadline of July 31, 2026.  Because the parties will need time to conduct discovery into Defendant Duran, and to conduct any follow-up discovery into other parties and/or third parties that may be necessary following the receipt of information and testimony from Defendant Duran, the parties now seek an extension to the discovery schedule.  The parties seek an extension as follows:

| Milestone | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | July 31, 2026 | February 19, 2027 |

2

| Pl Expert Disclosure | August 31, 2026 | March 26, 2027 |
|---|---|---|
| Def Expert Disclosure | October 30, 2026 | May 28, 2027 |
| Pl Rebuttal Disclosure | November 20, 2026 | June 25, 2027 |
| Overall Discovery Deadline | December 16, 2026 | July 23, 2027 |
| Daubert Motion Deadline | 35 Days After Discovery Deadline | 35 Days After Discovery Deadline |
| Dispositive Motion Deadline | 35 Days After Discovery Deadline | 35 Days After Discovery Deadline |

An extension of the case schedule as reflected in the chart above is necessary to ensure that the parties are able to issue and respond to discovery requests to Defendant Duran, take Defendant Duran's deposition, and conduct any necessary follow-up inquiries based on the information and documents received from Defendant Duran.  The parties believe that extending the fact discovery deadline to approximately four to five months after the earliest anticipated date on which the stay against Defendant Duran will be lifted is reasonable to enable the parties to accomplish the foregoing.  The remaining deadlines that the parties propose roughly keep intact the time periods allotted for each phase of discovery in the Court's original scheduling order.

DATED: June 5, 2026.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin Berkman* | */s/ Michael P. Spellman* |

Chelsie L. Green (Fla. Bar No. 1008278)
William F. Cash III (Fla. Bar No. 68443)
Brian H. Barr (Fla. Bar No. 493041)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-8825

*Attorneys for Plaintiff*

Michael P. Spellman
Florida Bar Number: 0937975
michael@spellman.law

**SPELLMAN LAW, P.A.**
905 E. Park Avenue
Tallahassee FL 32301
T: (850) 601-1983

Attorney for Defendant Aden

*/s/ Gwendolyn P. Adkins*

Gwendolyn P. Adkins
Florida Bar Number: 0949566
gadkins@coppinsmonroe.com

**COPPINS MONROE, P.A.**
2316 Killearn Center Blvd, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420
Fax: 850-422-2730

*Attorney for Defendant Eddie Duran*

5

## Certificate of Service

I HEREBY CERTIFY that on 5th day of June 2026, a true and correct copy of the foregoing was filed in the US District Court, Northern District of Florida, using the CM/ECF system.

_/s/ Benjamin Berkman_

_Attorney for Plaintiff_