**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CHANTIMEKKI FORTSON**,
individually and as the personal
representative of the Estate of Roger
Fortson,

      **Plaintiff**,

**v.**
                            **Case No. 3:25-cv-591-TKW-ZCB**

**SHERIFF ERIC ADEN** and
**DEPUTY EDDIE DURAN**,

      **Defendants**.
_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of the parties' joint motion to extend deadlines (Doc. 59), it is **ORDERED** that the motion is **GRANTED**, and

1.    The fact discovery deadline is extended to February 19, 2027. The parties may extend this deadline without court approval so long as the extension does not impact the overall discovery deadline.

2.    The new expert disclosure deadlines proposed by the parties are adopted by the Court. The parties may extend those deadlines without court approval under Local Rule 6.1.

3.    The overall discovery deadline is extended to July 23, 2027.

4.      All deadlines in the scheduling order (Doc. 32) that are tied to the discovery deadline shall run from the new overall discovery deadline.

**DONE and ORDERED** this 8th day of June, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**