UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

    Plaintiff,

      *v.*

SHERIFF ERIC ADEN*, et al.*,

    Defendants.

No. 3:25-cv-591-TKW-ZCB

Judge Wetherell

Magistrate Judge Bolitho

**SECOND JOINT STATUS REPORT REGARDING THIRD PARTY DISCOVERY**

Pursuant to this Court's Order Docket No. 56 and 58, Plaintiff and Chez Elan FL Property, LLC ("Chez Elan") submit this joint status report reflecting the updated status of discovery as it relates to Chez Elan's Motion for Protective Order and Motion to Quash [ECF 47]. On April 6, 2026, Chez Elan filed a Motion seeking various forms of relief in response to Plaintiff's third-party subpoena. On May 27, 2026, Plaintiff and Chez Elan filed the first status report indicating that it had served a document subpoena on a third party, RMR Group, relating to the subjects for which Plaintiff seeks testimony from Chez Elan. On June 1, 2026 and June 8, 2026, Plaintiff met and conferred with counsel for The RMR Group. Plaintiff anticipates that Plaintiff and The RMR Group will soon submit a motion for a confidentiality order, after entry of which Plaintiff anticipates that RMR

1

Group will make a production of documents in response to Plaintiff's subpoena.

Once those documents are received, Plaintiff will be able to assess whether and to

what extent it will continue to seek the deposition testimony identified in its

subpoena to Chez Elan. Within 21 days upon receipt of The RMR Group's

complete production, Plaintiff will be able to determine the need for continued

discovery from Chez Elan.

Respectfully submitted,

<table>
<tr><td>

_/s/ Chelsie L. Green_
Brian H. Barr
bbarr@levinlaw.com
William F. Cash III
bcash@levinlaw.com
Chelsie L. Green
cgreen@levinlaw.com
Sara Papantonio
spapantonio@levinlaw.com

**LEVIN, PAPANTONIO,
PROCTOR, BUCHANAN,
O'BRIEN, BARR & MOUGEY,
P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-8825
Email: bberkman@rblaw.net

_Attorneys for Plaintiff_

</td><td>

_/s/ Jami L. Gursky_
Jami Gursky
Florida Bar Number:
jgursky@.com

**COLE, SCOTT, & KISSANE P.A.**
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone: (954)703-3756
Facsimile: (954)703-3701

_Attorney for Chez Elan_

</td></tr>
</table>

2

## <u>Certificate of Service</u>

I hereby certify that on this 26th day of June 2026, a true and correct copy of the foregoing Joint Status Report was filed in the United States District Court for the Northern District of Florida using the CM/CF system.

*/s/ Chelsie L. Green*

**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

3