UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON

v.                                              Case No.: 3:25cv591/TKW/ZCB

SHERIFF ERIC ADEN, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on  June 30, 2026
Type of Motion/Pleading: Status Report
Filed by:  Plaintiff                on 6/29/2026    Doc.        61

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 30th day of June 2026:

A joint status report has been filed indicating that more time is needed to determine if Court intervention will be required to resolve Chez Elan's motion. (Doc. 47).  For good cause shown, Chez Elan's motion (Doc. 47) is **HELD IN ABEYANCE** until July 31, 2026.  A joint status report shall be filed **on or before July 31, 2026,** to advise the Court whether Chez Elan's motion (Doc. 47) has been resolved.  If the issues raised in the motion are resolved prior to this deadline, then parties should file a status report to alert the Court.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge