UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

     Plaintiff,

v.                                                                    Case No. 3:25-cv-591-TKW-ZCB

SHERIFF ERIC ADEN, et al.,

     Defendants.

_____/

### DEFENDANT DURAN'S STATUS UPDATE TO COURT

Pursuant to Order of the Court [Doc.42], Defendant EDDIE DURAN reports as follows on the status of his criminal case in the First Judicial Circuit, In and for Okaloosa County, *State v. Duran,* Case No. 2024 CF 002000:

1.     Case No. 2024 CF 002000 is scheduled for pretrial conference on July 13, 2026.

2.     The case remains scheduled for hearing on a defense motion on August 3, 2026. An appeal of the ruling is anticipated which may affect the trial schedule.

3.     Trial remains scheduled for the week of September 28, 2026.

4.    Mr. Duran will provide another update by October 5, 2026, in accordance with this Court's Order [Doc.42].

Respectfully submitted this 7th day of July 2026.



*Gwendolyn P. Adkins*

Gwendolyn P. Adkins, (FBN: 0949566)
gadkins@coppinsmonroe.com
mcampbell@coppinsmonroe.com
lpreston@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd, Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420   Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT EDDIE DURAN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

*Gwendolyn P. Adkins*
Attorney

2