UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHANTIMEKKI FORTSON, individually and as the personal representative of the Estate of Roger Fortson,<br><br>　　　　　　　Plaintiff,<br><br>　　*v.*<br>SHERIFF ERIC ADEN, et al.,<br>　　　　　　　Defendants. | Case No. 3:25-cv-591-TKW-ZCB<br><br>Judge Wetherell<br>Magistrate Judge Bolitho |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF AGREED
CONFIDENTIALITY ORDER**

Plaintiff Chantimekki Fortson, individually and as the personal representative

of the Estate of Roger Fortson, moves under Federal Rule of Civil Procedure 26(c)

for entry of the agreed confidentiality order attached as Exhibit A. All Defendants

consent to its entry.

Good cause supports the order. A non-party subpoena recipient has requested

the entry of a confidentiality order prior to producing certain sensitive information,

and discovery in this matter may require production of other sensitive materials

including medical information, personal identifiers, and statutorily protected

information. The proposed order is an umbrella order of the kind the Eleventh Circuit

has approved where document-by-document review would be impracticable and the

parties consent. *In re Alexander Grant & Co. Litigation*, 820 F.2d 352, 356–57 (11th

Cir. 1987). It is appropriately tailored: it excludes public information (¶ 2); it places

the burden of persuasion on the designating party when a designation is challenged

(¶ 8); and it does not authorize filing under seal (¶ 6).

**WHEREFORE,** Plaintiff respectfully requests that the Court enter the agreed

confidentiality order attached as Exhibit A.

## LOCAL RULE 7.1(B) CERTIFICATE

Undersigned counsel conferred with counsel for all Defendants, who consent to the relief requested and agree to the form of the proposed order.

## LOCAL RULE 7.1(F) CERTIFICATE

This motion contains 177 words, exclusive of the case style, signature block, and certificate of service.

## CERTIFICATE OF SERVICE

I certify that on July 23, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 23, 2026

Respectfully submitted,

*/s/ Benjamin Berkman*

Benjamin Berkman
bberkman@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL 60654
Telephone: (312) 253-1000

Brian H. Barr
bbarr@levinlaw.com
William F. Cash III
bcash@levinlaw.com

Chelsie L. Green
cgreen@levinlaw.com
Sara Papantonio
spapantonio@levinlaw.com
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

*Counsel for Plaintiff*