UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
individually and as the personal
representative of the Estate of Roger
Fortson,

 Plaintiff,

   *v.*

SHERIFF ERIC ADEN*, et al.*,

 Defendants.

No. 3:25-cv-591-TKW-ZCB

Judge Wetherell

Magistrate Judge Bolitho

## THIRD JOINT STATUS REPORT REGARDING THIRD PARTY DISCOVERY

Plaintiff and Chez Elan FL Property, LLC ("Chez Elan") submits this third joint status report reflecting the updated status of discovery as it relates to Chez Elan's Motion for Protective Order and Motion to Quash filed on April 6, 2026. [ECF 47] and The RMR Group's production. On July 23, 2026, Plaintiff filed an Unopposed Motion for Entry of an Agreed Confidentiality Order [ECF 64] and such Order was entered [ECF 65]. Plaintiff and Counsel for The RMR Group met and conferred via email as to an estimated timeline for production. Plaintiff intends to receive The RMR Group's production by August 21, 2026. To date, no such production has begun. Pursuant to the Second Joint Status Report [ECF 61], within 21 days upon receipt of The RMR Group's complete production, Plaintiff intends to determine the need for continued discovery from Chez Elan, if such timeline is acceptable to the Court.

1

Respectfully submitted,

*/s/ Chelsie L. Green*
Brian H. Barr
bbarr@levinlaw.com
William F. Cash III
bcash@levinlaw.com
Chelsie L. Green
cgreen@levinlaw.com
Sara Papantonio
spapantonio@levinlaw.com

**LEVIN, PAPANTONIO,
PROCTOR, BUCHANAN,
O'BRIEN, BARR & MOUGEY,
P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-8825
Email: bberkman@rblaw.net

*Attorneys for Plaintiff*

*/s/ Jami L. Gursky*
Jami Gursky
Florida Bar Number: 572926
Jami.gursky@csklegal.com

**COLE, SCOTT, & KISSANE P.A.**
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone: (954)703-3756
Facsimile: (954)703-3701

*Attorney for Chez Elan*

## Certificate of Service

I hereby certify that on this 31st day of July 2026, a true and correct copy of the foregoing Third Joint Status Report was filed in the United States District Court for the Northern District of Florida using the CM/CF system.

*/s/ Chelsie L. Green*

**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

3