UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON

v.                                          Case No.: 3:25cv591/TKW/ZCB

SHERIFF ERIC ADEN, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on  July 31, 2026
Type of Motion/Pleading: Status Report
Filed by:  Plaintiff                    on 7/31/2026    Doc.        66

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 5th day of August 2026:

A joint status report has been filed indicating that Plaintiff intends to receive production from RMR group on or before August 21, 2026. Once the production is received, Plaintiff will be able to determine if intervention is needed to resolve Chez Elan's motion.  (Doc. 47). For good cause shown, Chez Elan's motion (Doc. 47) is **HELD IN ABEYANCE** until August 31, 2026.  A joint status report shall be filed **on or before August 31, 2026,** to advise the Court whether Chez Elan's motion (Doc. 47) has been resolved.  If the issues raised in the motion are resolved prior to this deadline, then parties should file a status report to alert the Court.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge