**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| **CHANTIMEKKI FORTSON, individually and as the personal representative of the Estate of Roger Fortson,** | ) | |
| **Plaintiff,** | ) | **No. 3:25-cv-591-TKW-ZCB** |
| | ) | **Judge Wetherell** |
| **v.** | ) | **Magistrate Judge Bolitho** |
| **SHERIFF ERIC ADEN, *et al.*,** | ) | |
| **Defendants.** | ) | |

---

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL

---

Plaintiff, CHANTIMEKKI FORTSON, pursuant to Northern District of Florida Local Rule 11.1(H)(1)(b), gives notice of the substitution of LIZA A. PARK as counsel of record in place of NATALIE JACKSON.

Plaintiff has consented to this substitution. LIZA A. PARK is admitted to practice before the United States District Court for the Northern District of Florida and intends to continue representing Plaintiff in this action. The substitution will not leave Plaintiff without counsel.

Accordingly, court approval is not required under Local Rule 11.1(H)(1)(b). The Clerk is respectfully requested to terminate NATALIE JACKSON as counsel of record, remove her from the CM/ECF electronic service list for this case, and direct all future notices and communications concerning Plaintiff to incoming counsel at the contact information provided below.

Respectfully submitted,

**BEN CRUMP LAW, PLLC**

By: _/s/ Liza A. Park_
LIZA A. PARK
Florida Bar No. 170283
5 Cowboy Way, Ste 300
Frisco, TX 75034-2074
Telephone: 678-474-6004
Primary Email: Liza@bencrump.com
Secondary Email: courts@bencrump.com

**INCOMING COUNSEL FOR PLAINTIFF**

By: _/s/ Natalie Jackson_
NATALIE JACKSON
Florida Bar No. 646075
115 Flower Dr.
Daytona Beach, FL 32118
Telephone: 407-749-9702
Email: natalie@nataliejacksonlaw.com

**OUTGOING COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, a true and correct copy of the foregoing document was filed electronically in the United States District Court for the Northern District of Florida through the Court's CM/ECF system, which will provide notice to all counsel of record.

_/s/ Liza A. Park_
Liza A. Park