**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHANTIMEKKI FORTSON**,
individually and as the personal
representative of the Estate of Roger
Fortson,

**Plaintiff**,

**v.** **Case No. 3:25-cv-591-TKW-ZCB**

**SHERIFF ERIC ADEN** and
**DEPUTY EDDIE DURAN**,

**Defendants**.
_________________________________/

## ORDER

Based on Plaintiff's notice (Doc. 68) substituting attorney Liza A. Park for attorney Natalie Jackson, it is **ORDERED** that:

1. Ms. Jackson has no further obligation to represent Plaintiff in this case, and the Clerk shall terminate her as counsel of record for Plaintiff in CM/ECF.

2. The Clerk shall add Ms. Park as additional counsel of record for Plaintiff in CM/ECF.

**DONE and ORDERED** this 28th day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**