# Exhibit 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHANTIMEKKI FORTSON, individually and as the Personal Representative of the Estate of Roger Fortson,**

**Plaintiff,**

**v.** **Case No.: 3:25-cv-00591-TKW-ZCB**

**SHERIFF ERIC ADEN, in his official capacity; and DEPUTY EDDIE DURAN, in his individual capacity, and JANE DOE,**

**Defendants.**
_______________________________________/

**DEFENDANTS' AMENDED PRIVILEGE LOG**

Defendants, Defendant, Eric Aden, in his official capacity as Sheriff of Okaloosa County ("Sheriff Aden"), through undersigned counsel, and pursuant to Rule 26(b)(5) and 34(b)(2)(C), *Fed. R. Civ. P.*, provide the following amended privilege log of documents being withheld pursuant to a recognized privilege or subject to protection as trial-preparation material.

| NON-BATES STAMPED DOCUMENTS | PRIVILEGES ASSERTED |
|---|---|
| **Investigative materials and claims file of Florida Sheriffs Risk Management Fund provided to counsel upon assignment.** | **Work Product Doctrine and Attorney-Client Privilege** |

| | |
|---|---|
| **Any and all communications between attorney and clients, including but not limited to communications between and among the attorneys and staff of Sniffen & Spellman, P.A., and Sheriff Eric Aden and any of his employees/agents.** | **Work Product Doctrine and Attorney-Client Privilege** |
| **Any and all notes or other documents created, compiled or collected by attorneys and/or staff of Sniffen & Spellman, P.A. regarding this incident and this litigation.** | **Work Product Doctrine and Attorney-Client Privilege** |
| **Any and all notes, writings and/or recordings by Sheriff Eric Aden or his employees/agents, prepared outside or each person's scope and course of employment, in anticipation of litigation and/or at the instruction of their attorneys.** | **Work Product Doctrine and Attorney-Client Privilege** |

| **PRIVILEGED COMMUNICATIONS (not in the form of a document)** | **PRIVILEGES ASSERTED** |
|---|---|
| **All verbal communications and notes of such communications between attorneys and staff of Sniffen & Spellman, P.A. and Sheriff Eric Aden, his designated representative(s), regarding the assessment of Plaintiff's claims, Defendants' defenses, available witnesses, or any advice related to this litigation or the incident which forms the basis of this** | **Work Product Doctrine and Attorney-Client Privilege** |

| | |
|---|---|
| **litigation, the defense of this case or steps by counsel in furtherance of that defense.** | |
| **Any and all investigative reports conducted at the request of attorneys of Sniffen & Spellman, P.A., including but not limited to, video surveillance, social media posts, social media background and/or other background information related to Plaintiff which was requested for use in this litigation.** | **Work Product** |
| **ESI data from production sets produced on 1/16/26 and 1/23/26 with privilege designations (see attached Privilege Report).** | **Work Product Doctrine and Attorney-Client** |

Dated this 3th day of February, 2026.

Respectfully submitted,

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

***Attorneys for Defendant Sheriff Aden***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 3rd day of February 2026, a true and correct copy of the foregoing was furnished via electronic mail to all counsel of record.

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**