# Ex. 5 - Privilege Report - To Be Filed via USB in Native Format