# Ex. 7 - Privilege Report Challenges - To Be Filed via USB in Native Format