UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHANTIMEKKI FORTSON, individually and as the personal representative of the Estate of Roger Fortson,<br><br>Plaintiff,<br><br>*v.*<br><br>SHERIFF ERIC ADEN, *et al.*,<br><br>Defendants. | No. 3:25-cv-591-TKW-ZCB<br><br>Judge Wetherell<br><br>Magistrate Judge Bolitho |

**FOURTH JOINT STATUS REPORT REGARDING THIRD PARTY DISCOVERY**

Plaintiff and Chez Elan FL Property, LLC ("Chez Elan") submit this fourth joint status report reflecting the updated status of discovery as it relates to Chez Elan's Motion for Protective Order and Motion to Quash filed on April 6, 2026. [ECF 47]. Following the agreed upon Confidentiality Order entered on July 23, 2026, Plaintiff received a production of documents from The RMR Group on August 20, 2026. After review of RMR Group's production, Plaintiff intends to withdraw the Rule 30(b)(6) subpoena to Chez Elan. As a result of Plaintiff withdrawing her subpoena, Chez Elan and Plaintiff have resolved Chez Elan's Motions and believe no further Court intervention is needed. Plaintiff does not seek to proceed with the Rule 30(b)(6) deposition at issue in the Motion to Quash by Chez Elan.

Respectfully submitted,

*/s/ Chelsie L. Green*
Brian H. Barr
bbarr@levinlaw.com
William F. Cash III
bcash@levinlaw.com
Chelsie L. Green
cgreen@levinlaw.com
Sara Papantonio
spapantonio@levinlaw.com

**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-8825
Email: bberkman@rblaw.net

*Attorneys for Plaintiff*

*/s/ Jami L. Gursky*
Jami Gursky
Florida Bar Number: 572926
Jami.gursky@csklegal.com

**COLE, SCOTT, & KISSANE P.A.**
110 S.E. 6th Street, Suite 2700
Fort Lauderdale, Florida 33301
Telephone: (954)703-3756
Facsimile: (954)703-3701

*Attorney for Chez Elan*

## Certificate of Service

I hereby certify that on this 31st day of August 2026, a true and correct copy of the foregoing Fourth Joint Status Report was filed in the United States District Court for the Northern District of Florida using the CM/CF system.

*/s/ Chelsie L. Green*

**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000