Fortson v. Sheriff Eric Aden
Case No. 3:25-cv-591-TKWZCB
Native Exhibits – ECF 70
CONFIDENTIAL




FILED USDC FLND PN
SEP 1 '26 AM11:03