UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON

v. Case No.: 3:25cv591/TKW/ZCB

SHERIFF ERIC ADEN, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on April 7, 2026
Type of Motion/Pleading: Motion for Protective Order
Filed by: Chez Elan Property on 4/06/2026 Doc. 47

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 1st day of September 2026:

The Plaintiff has filed a joint status report (Doc. 71) advising the Court that the issues raised in the motion to quash filed on April 6, 2026, have been resolved. Accordingly, the Clerk of Court is directed to **TERMINATE** the motion to quash (Doc. 47).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge