UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
Plaintiff,

v. Case No.: 3:25cv591/TWK/ZCB

SHERIFF ERIC ADEN, et al.,
Defendants.
_________________________________/

# ORDER

On August 31, 2026, Plaintiff filed a motion to compel. (Doc. 70). Although it appears counsel previously conferred regarding the issues involved, the Court has found that telephonic or in person conversations between counsel after a motion has been filed often results in the resolution (or at least the narrowing) of the dispute.

The Court, therefore, **ORDERS** counsel for the parties to confer telephonically or in person regarding the issues raised in the motion to compel. (Doc. 70). That conference shall occur **on or before Thursday, September 10, 2026.** During that conference, the Court expects counsel to endeavor in good faith to resolve the issues raised in the motion. If

counsel resolve the issues raised in the motion, then they should file a joint status report advising the Court that the matter has been resolved.[1]

If counsel cannot resolve the matter after having a conference, then Defendant should file a response to the motion **on or before September 14, 2026.** The response should include the date that the in person or telephonic conference occurred, as well as the duration of the conference.

If the parties are unable to resolve the issues raised in the motion, counsel should expect that a hearing may be scheduled shortly after a response is filed.

**SO ORDERED** this 3rd day of September 2026.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

[1] Counsel must file a status report to inform the Court if the motion, or any issues raised therein, are resolved before the response is due. Failure to file a status report or a response in opposition by the deadline may result in the motion being granted by default. N.D. Fla. Loc. R. 7.1(H).