**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHANTIMEKKI FORTSON, individually and as the Personal Representative of the Estate of Roger Fortson,**

**Plaintiff,**

**v.** **Case No.: 3:25-cv-00591-TKW-ZCB**

**SHERIFF ERIC ADEN, in his official capacity; and DEPUTY EDDIE DURAN, in his individual capacity;**

**Defendants.**
_______________________________________/

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Matthew J. Carson, hereby enters his appearance as counsel of record for **SHERIFF ERIC ADEN, in his official capacity.**

All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed below.

Dated this 11th day of September 2026.

Respectfully submitted,

*/s/ Matthew J. Carson*

**MATTHEW J. CARSON**
Florida Bar Number: 0827711
Email: mcarson@spellman.law

**SPELLMAN LAW, P.A.**
905 East Park Avenue
Tallahassee, FL 32301
T: (850) 601-1983

*Attorneys for Sheriff Aden*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September, 2026, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system, which will serve a copy to all counsel of record.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**