**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHANTIMEKKI FORTSON,**

**Plaintiff,**

**v.** **Case No.: 3:25-cv-00591-TKW-ZCB**

**SHERIFF ERIC ADEN, et al.,**

**Defendants.**
______________________________________/

**DEFENDANT SHERIFF ERIC ADEN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

Defendant, **ERIC ADEN, in his official capacity as Sheriff of Okaloosa County** ("Sheriff Aden" or "Defendant"), through undersigned counsel, files this unopposed motion for a one-week extension of time to respond to Plaintiff's motion to compel (Doc. 70). In support, Defendant states:

1. On August 31, 2026, Plaintiff filed a motion to compel. (Doc. 70).

2. On September 3, 2026, this Court entered an order directing counsel for the parties to confer telephonically or in person to endeavor in good faith to resolve the issues raised in the motion. (Doc. 74). The order provided that if counsel cannot resolve the matter after having a conference, then Sheriff Aden should file a response to the motion on or before September 14, 2026. (Id.).

3. Counsel for the parties conferred Thursday, September 10, 2026, via video teleconference, for approximately 25 minutes. While no resolution was reached, counsel for Sheriff Aden asked that respective counsel for the parties continue to think about possible ways to resolve this matter short of court intervention. Counsel for Sheriff Aden also asked if Plaintiff's counsel would agree to an extension of time for Sheriff Aden to file a response to Plaintiff's motion to compel (if necessary). Plaintiff's counsel agreed to a one-week extension of time.

4. Sheriff Aden respectfully requests that this Court grant the instant motion and extend the deadline for his response to the motion to compel by one week, up to and including September 21, 2026.

Respectfully submitted this 11th day of September, 2026.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**
Florida Bar Number: 0827711
mcarson@spellman.law

**SPELLMAN LAW, P.A.**
905 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 601-1983
***Attorneys for Sheriff Aden***

## CERTIFICATE OF WORD COUNT

This document complies with word limits set forth in Local Rule 7.1(F) and according to the word count feature of the word processing software used to draft it, contains 243 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block, or Certificates of Word Count and Service.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2026, a true and correct copy of the foregoing document was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Matthew J. Carson*
**MATTHEW J. CARSON**