UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHANTIMEKKI FORTSON,
Plaintiff,

v. Case No.: 3:25cv591/TWK/ZCB

SHERIFF ERIC ADEN, et al.,
Defendants.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on: September 14, 2026
Type of Motion/Pleading: Motion for an Extension of Time
Filed by: Defendant Aden on 9/11/2026 Doc. 76

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 15th day of September 2026:

Defendants requested an extension of time to file a response to Plaintiff's motion to compel (Doc. 70). (Doc. 76). Plaintiff does not oppose this request for an extension of time. (*Id*. at 2). Thus, the Court will **GRANT** the request for an extension of time. (Doc. 76). The response is now due **September 21, 2026.**

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge