IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHANTIMEKKI FORTSON, individually and as the personal representative of the Estate of Roger Fortson,<br><br>PLAINTIFF,<br><br>v.<br><br>SHERIFF ERIC ADEN, in his official capacity;<br>DEPUTY EDDIE DURAN, in his individual capacity,<br><br>DEFENDANTS. | Case No.: 3:25-cv-0591-TKW-ZCB<br><br>Judge Wetherell<br><br>Magistrate Judge Bolitho |

**PLAINTIFF'S MOTION TO LIFT DEFENDANT DURAN'S STAY OF DISCOVERY**

Plaintiff, Chantimekki Fortson, individually and as the personal representative of the Estate of Roger Fortson ("Plaintiff") by and through undersigned counsel, respectfully moves this Court for an Order lifting the stay of discovery entered on July 14, 2025, permitting the parties to proceed with discovery against Defendant Eddie Duran and to amend the scheduling order in this matter in recognition of the stay being lifted. In support, Plaintiff states as follows:

On June 27, 2025, Defendant Duran moved this Court to stay civil litigation pending resolution of his criminal proceedings (ECF. No.9). July 14, 2025, the Court entered an Order partially staying discovery in this case pending completion

of Defendant Duran's criminal case (ECF No.11). The circumstances supporting the partial discovery stay against Defendant Duran have materially changed. Specifically, on October 1, 2026, Defendant Duran was acquitted of all charges in his criminal case. Therefore, the basis for the partial stay against him no longer exists. Continuing the stay is no longer necessary and lifting the stay will permit the Parties to obtain discovery while allowing this case to proceed efficiently toward resolution.

Here, the principal basis for the partial stay has been resolved by the acquittal. Because the criminal proceedings have run their course, there is no longer a sufficient basis for preventing the parties from obtaining discovery concerning the claims at issue here. Continuing the stay would delay the progression of this action.

Counsel for Plaintiff met and conferred with all parties. Defendant Aden and Defendant Duran do not oppose the stay being lifted. Defendant Duran's position is that the criminal charges that were pending against Eddie Duran at the inception of this lawsuit and that formed the basis of the stay have concluded. Nonetheless, Defendant Duran faces an ongoing threat of further prosecution and is likely to assert his Fifth Amendment privilege throughout this civil proceeding. Because the risk of prosecution may never end, and recognizing that the stay cannot reasonably be expected to be perpetual, Defendant Duran does not oppose lifting it. The Parties intend to work on an amended scheduling order to submit to the Court

pending the partial stay being lifted. Should the stay be lifted, Defendant Duran agrees to serve his Initial Disclosures pursuant to Rule 26(a)(1) within 14 days of such order.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court lift the partial discovery stay and order discovery to proceed pursuant to the Federal Rules of Civil Procedure against Defendant Duran.

DATED: October 23, 2026.

Respectfully submitted,

/s/ Chelsie L. Green
Brian H. Barr (Fla. Bar No. 493041)
William F. Cash III (Fla. Bar No. 68443)
Chelsie L. Green (Fla. Bar No. 1008278)
Sara T. Papantonio (Fla. Bar No. 1024826)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7000
Email: cgreen@levinlaw.com

Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312)253-1000
Fax: (312)458-1004
Email: bberkman@rblaw.net

/s/ Liza A. Park
Liza A. Park (Fla. Bar No. 170283)
**BEN CRUMP LAW, PLLC**
121 South Orange Ave.
Suite 1500
Orlando, FL 32801
Telephone: (407) 749-9702
Email: natalie@bencrump.com

*Counsel for Plaintiff*

**CERTIFICATE OF WORD COUNT**

I certify that this brief complies with Loc. R. 7.1(F). According to the word-count function of Microsoft Word, it contains 360 words not including the case style, signature block and certificates.

/s/ Chelsie L. Green

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of October 2026, a true and correct copy of the foregoing was filed in the U.S. District Court for the Northern District of Florida using the CM/ECF system.

/s/ Chelsie L. Green

*Attorney for Plaintiff*