**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHANTIMEKKI FORTSON**, individually and as the personal representative of the Estate of Roger Fortson,

**Plaintiff**,

**v.** **Case No. 3:25-cv-591-TKW-ZCB**

**SHERIFF ERIC ADEN** and **DEPUTY EDDIE DURAN**,

**Defendants**.
_________________________________/

**ORDER LIFTING STAY**

Upon due consideration of Plaintiff's motion to lift stay (Doc. 81), it is **ORDERED** that the motion is **GRANTED**, and

1. The stay of the claims against Defendant Duran (Doc. 11) is **LIFTED**, and those claims may proceed.
2. Within 14 days from the date of this Order,
   a. Defendant Duran shall serve his initial disclosures under Rule 26(a)(1); and
   b. the parties shall propose any necessary amendments to the scheduling order.

**DONE and ORDERED** this 26th day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**