**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
**Civil Hearing Minutes**

| | |
|---|---|
| **Case Style:** | *Fortson v. Sherrif Eric Aden, et al.; 3:25cv591-TKW/ZCB* |
| **Type of Hearing:** | **Motion Hearing (ECF 70)** |
| **Time Commenced:** | **1:00 p.m.** **Time Concluded:** **2:20 p.m.** |
| **Presiding:** | **Zachary C. Bolitho, U.S. Magistrate Judge** |
| **Court Reporter:** | **DCR** |
| **Courtroom Deputy:** | **Sylvia Williams** |

---

**Attorneys for Plaintiff:**
**Benjamin Berkman, Esq.**
**William Cash, III, Esq.**
**Chelsie Green, Esq.**

**Attorneys for Defendants:**
**Christen Petruzzelli, Esq.**
**Matthew Carson, Esq.**
**Gwendolyn Adkins, Esq.**

**This hearing included attendance by:**

**Videoconferencing/ZOOM:** ___ YES _X__ NO

**Telephone:** ___ YES _X__ NO

**Filed 10/27/2026**
**CRD initials: sdw**