**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHANTIMEKKI FORTSON**, individually and as the personal representative of the Estate of Roger Fortson,

**Plaintiff**,

**v.** **Case No. 3:25-cv-591-TKW-ZCB**

**SHERIFF ERIC ADEN** and **DEPUTY EDDIE DURAN**,

**Defendants**.
_________________________________/

## ORDER EXTENDING DEADLINES

Upon due consideration of the parties' second joint motion to amend scheduling order (Doc. 85), it is **ORDERED** that the motion is **GRANTED**, and

1. The new expert disclosure deadlines proposed by the parties are adopted by the Court. The parties may extend those deadlines without court approval consistent with Local Rule 6.1.

2. The discovery deadline is extended to December 10, 2027. The Court does not anticipate granting any further extensions of this deadline because the parties have ample time between now and then to complete any discovery that was impacted by the now-lifted stay of the claims against Defendant Duran.

3. The mediation deadline is extended to January 14, 2028.

4. The deadline for motions for summary judgment and Daubert motions is extended to January 28, 2028.

5. The post-discovery timeframes reflected in the deadlines in paragraphs 3 and 4 are considerably longer than the Court typically allows in a case like this, so those timeframes will likely be shortened if the discovery deadline is unexpectedly extended beyond the holidays. *See* Doc. 32 at 3 n.1.

**DONE and ORDERED** this 10th day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**